## Dolores Hicks

**From:** Lisa Van Hoeck <Lisa_Van_Hoeck@fd.org>
**Sent:** Wednesday, May 19, 2021 10:39 AM
**To:** Dolores Hicks
**Cc:** Anger, Jordan (USANJ); Gribko, Joseph (USANJ)
**Subject:** US v. Maurice Richardson, Criminal No. 12-576 (PGS)

Good morning Dolores,

I'm reaching out to see if Judge Sheridan would like me to represent Mr. Richardson regarding the government's motion for an order to take the money in his inmate account for restitution. The Federal Defender was only appointed to handle the compassionate release, but I can handle this motion as well with the court's permission. If I am in for the motion, I already have something at 10:00 a.m. on May 25th. I also would like time to obtain his BOP financial records and submit opposition.

Thanks,
Lisa

Lisa Van Hoeck
Assistant Federal Public Defender
Federal Public Defender's Office
22 South Clinton Avenue
Station Plaza Four, Fourth Floor
Trenton, New Jersey 08609

> Ms Van Hoeck shall enter any papers before June 30, 2021. Both matters will be heard on July 7, 2021 at 12:00 pm
> SO ORDERED: [signature]
> DATED: 5/24/21