UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE: TRENTON

JUDGE: PETER G. SHERIDAN                    Date: July 18, 2022

Court Reporter: Frank Gable

TITLE OF CASE:                             Cr. 12-576 (PGS)
UNITED STATES OF AMERICA

     vs.

MAURICE RICHARDSON

APPEARANCES:

R. Joseph Gribko, AUSA for Government

Maurice Ricardson, Pro Se Defendant

NATURE OF PROCEEDINGS:
Telephone conference held.

Hearing on Letter Motion [67] by Maurice Richardson for
Reconsideration.
Ordered motion reserved.

Hearing on Emergency motion [69] by Maurice Richardson for
Compassionate Release and Appointment of Counsel.
Ordered motion reserved.

Hearing on Emergency motion [70] by Maurice Richardson for
Reduction of Sentence Under First Step Act 18 U.S.C.3582 (c)(1)(A)
and for appointment of counsel.
Ordered motion reserved.

Hearing on motion [72] by Maurice Richardson for Reduction of
Sentence Under First Step Act 18 U.S.C. 3582(c)(1)(A).
Ordered motion reserved.

TIME COMMENCED:   2:05 pm          S/Dolores J. Hicks
TIME ADJOURNED:   2:25 pm             Deputy Clerk
TOTAL TIME:       0:20